**1336**

Before STALEY and ADAMS, Circuit Judges, and GARTH, District Judge.

## OPINION OF THE COURT

PER CURIAM:

John Robert Sanders appeals from a judgment of conviction of bank robbery in violation of 18 U.S.C. §§ 2113(a) and (d). He was tried to a jury and represented by privately retained counsel.

On this appeal, Sanders asserts that he was denied his constitutional right to adequate legal representation as the result of the incompetence of the lawyer who represented him at trial.

We have carefully examined the record in this case and find no basis for appellant's claim that he was not adequately represented.

The judgment of the district court will be affirmed.

PER CURIAM:

The issue presented on this appeal having been mooted, the cause is remanded with direction that the district court require the school board forthwith to constitute and implement a student and faculty assignment plan that complies with the principles established in Swann v. Charlotte-Mecklenburg Board of Education, 1971, 402 U.S. 1, 91 S.Ct. 1267, 28 L.Ed.2d 554. As to faculty assignment, see also Singleton v. Jackson Municipal School District, 5 Cir., 1970, 419 F.2d 1211; Carter v. West Feliciana Parish School Board, 5 Cir., 1970, 432 F.2d 875.

The district court shall require the school board to file semi-annual reports during the school year similar to those required in United States v. Hinds County School Board, 5 Cir., 1970, 433 F.2d 619.

The mandate shall issue forthwith.

Remanded with direction.

**Jerry LOCKETT et al., Plaintiffs-Appellants,**

v.

**BOARD OF EDUCATION OF MUSCOGEE COUNTY et al., Defendants-Appellees.**

No. 71–1084.

United States Court of Appeals, Fifth Circuit.

May 28, 1971.

Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., Jack Greenberg, New York City, C. B. King, Albany, Ga., Charles Stephen Ralston, New York City, for appellants.

J. Madden Hatcher, A. J. Land, Columbus, Ga., for appellees.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

**James D. HODGSON, Secretary of Labor, United States Department of Labor, Plaintiff-Appellant,**

v.

**HASAM REALTY CORP. et al., Defendants-Appellees.**

No. 30952.

United States Court of Appeals, Fifth Circuit.

June 8, 1971.

Bessie Margolin, Associate Solicitor, Peter G. Nash, Solicitor of Labor, Carin Ann Clauss, U. S. Dept. of Labor, Washington, D. C., Beverly R. Worrell, Regional Solicitor, U. S. Dept. of Labor, Carl W. Gerig, Jr., Atlanta, Ga., Bobbye